BEFORE THE FIRST DIVISION, JULY 15, 1953

**No. 57422.**—H. A. Gogarty, Inc., and Peter Stager *v.* United States, protest 180369–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of metal buckles similar in all material respects to those the subject of *Weyenberg Shoe Mfg. Co.* v. *United States* (38 C. C. P. A. 122, C. A. D. 448), the claim of the plaintiffs was sustained.